**Exhibit A to the Complaint**

**Location:** Palm Coast, FL  
**Total Works Infringed:** 161  
**IP Address:** 97.104.2.170  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 72D39D6FCA3291E89F512527894D6E1BB64AFEA2 | Tushy | 01/07/2019 16:58:49 | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 2 | 01F96CB82ACEC29170323C0531EA071BE9F105C0 | Vixen | 09/04/2018 14:32:06 | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 3 | 038457313342B891641BF4CFE6E45AFDEA39A611 | Blacked Raw | 07/07/2018 19:27:54 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 4 | 05F306904D79ED19E81CF768E2754E43978B22DE | Tushy | 08/21/2018 19:53:01 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 5 | 0643DF6F442844DD750D65EC5EDEF80C28194CC4 | Blacked Raw | 01/04/2018 14:55:53 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 6 | 06476763F9F87009C97896BD8130602597033E4E | Vixen | 10/26/2017 14:47:15 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 7 | 07A916B0D6CE4571938687BDAF6F1F7F523F45AF | Vixen | 12/26/2018 14:18:16 | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 8 | 0A63D1DC5B920F43372D8DAC44BE198EFF11836C | Tushy | 05/17/2017 18:34:25 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 9 | 0E0826343231E45254F411ED50B4AF3BA6235148 | Blacked Raw | 02/03/2018 19:53:28 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 10 | 0E477F698231A9D1DF58B96C48070736BBC540E0 | Tushy | 03/29/2018 13:44:09 | 03/27/2018 | 04/17/2018 | PA0002116065 |
| 11 | 0ECC72460DE33E6F32631948D7EB05FEC9DFEE3D | Tushy | 04/05/2018 13:28:47 | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 12 | 0F08D80F40ECB7668EF00A2C212CF56288C692BA | Tushy | 10/20/2018 19:17:26 | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 13 | 0F45BB6442A36F52A9E5F4B7ECFA9D461091B278 | Vixen | 08/14/2018 13:54:37 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 14 | 104E11E49D356B7EAD11554CCD4BB61F4C1478B1 | Blacked Raw | 06/21/2018 13:51:22 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 15 | 10B9840D8F01357F54437863D7220676D7DD4EFB | Blacked Raw | 10/05/2018 19:45:57 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 16 | 12D46F398DE4307A2FA463B08212CA907F49FFEF | Vixen | 11/22/2017 14:02:47 | 11/15/2017 | 12/04/2017 | PA0002098032 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 12F7EF0670EDF0908DD4DEE27C9EC2885FEDAF64 | Blacked Raw | 12/07/2017 14:56:05 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 18 | 169819791140C97C3DB57A96163CD769143C80A6 | Vixen | 05/22/2018 21:16:40 | 04/14/2018 | 06/19/2018 | PA0002126645 |
| 19 | 18233887AA61772490819BE09E3973F9754733B0 | Blacked | 01/11/2019 14:12:58 | 01/10/2019 | 02/01/2019 | 17380123541 |
| 20 | 1860223E70921006E49C8968ADC9E86CF94296B6 | Blacked | 06/11/2018 22:54:48 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 21 | 1A120B83990BF3528AC74D1EFCAABA6665A4CCA6 | Blacked | 10/09/2017 15:30:30 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 22 | 1BE2E342DCA53325684DD457AB5FAEAEC479D40A | Blacked | 11/03/2018 19:11:07 | 05/30/2018 | 07/14/2018 | PA0002131762 |
| 23 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 05/22/2018 20:32:52 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 24 | 1E9E67C9888D2E007336C894B64BCFA187021CA4 | Tushy | 09/04/2018 13:50:58 | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 25 | 21C6870DAAD029093829EE16E4F77A78D58EDBCC | Vixen | 10/31/2018 13:26:22 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 26 | 231502D834A134FA633DC300825D191AD90477A4 | Vixen | 11/21/2018 19:44:52 | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 27 | 2B85D15D84E81269B8EBF614E3EE10536452615D | Blacked | 09/04/2018 13:50:16 | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 28 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 01/04/2018 14:57:45 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 29 | 2F6258BB7B48F9EB6A4094405C628E6AC96D898F | Tushy | 10/01/2018 17:34:06 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 30 | 2F6E708FD96B33F6F9DEA9C36ABFB8AA490B7000 | Vixen | 11/19/2018 15:14:49 | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 31 | 3004DD6FDD9097700B92FF546BB3F9C6F2D40153 | Vixen | 10/26/2017 14:41:58 | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 32 | 30B497F5A2319BD630E2B8B7877A606B5C41E011 | Tushy | 07/06/2017 14:07:44 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 33 | 30EA78F6B7CDDF7BE0B42AFE996A05A58A6387E7 | Tushy | 08/16/2018 13:18:37 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 34 | 317DB1B207087318F41A097D35ED2D21DD0B090E | Vixen | 05/30/2017 15:43:36 | 05/19/2017 | 06/22/2017 | PA0002039287 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 3373B7936E95D9923CFC5BE4859D46BDCE4BF195 | Vixen | 10/26/2017 14:47:59 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 36 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 10/26/2017 14:51:55 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 37 | 345D3FDCD0AB6DD16BE723CFCF7AE5B7B7BDD4E4 | Blacked | 03/20/2018 13:19:55 | 03/16/2018 | 04/12/2018 | PA0002091582 |
| 38 | 347CF8F689AB06EA13B049C0368C55251B95C771 | Blacked | 03/27/2018 13:25:03 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 39 | 36346CCE2A82509D9853BF001FB7F2F942B52E69 | Blacked Raw | 07/31/2018 13:12:55 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 40 | 37440CD1F4DD80A2187A58E0C31892DCE01FA6F8 | Blacked Raw | 10/01/2018 17:33:55 | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 41 | 375DED7064A441FA3081BF68C7A9B7B03075360F | Vixen | 01/05/2019 22:54:10 | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 42 | 3B54DB8474DB960B09A446B1E6CE912B874EF453 | Tushy | 09/13/2018 20:14:15 | 09/13/2018 | 11/01/2018 | PA0002143414 |
| 43 | 3C13DFBCED77087173F8CE7A0B2F077D12A321BD | Vixen | 05/22/2018 21:06:21 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 44 | 3FB58C26F2A88B2C84071FDFC4BED925A4041D7B | Tushy | 05/16/2018 13:12:15 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 45 | 423038046264574BA54907E992EE95DF1AC8F53C | Blacked | 12/18/2017 18:50:13 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 46 | 42FA8D55C449F1B251CBDCA779AF8B82B924AD80 | Tushy | 11/21/2018 19:37:54 | 11/21/2018 | 12/31/2018 | 17271449573 |
| 47 | 437B09D5929E8B8C4B71D65237E17C4FE09E5154 | Blacked Raw | 12/18/2018 22:09:57 | 12/18/2018 | 02/01/2019 | 17380123670 |
| 48 | 44BBE94637EA1DEE53456986B8D560425E976D22 | Blacked Raw | 12/13/2017 23:55:42 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 49 | 4670519255EEFD11D8740328CB025AE98351F54C | Vixen | 09/01/2018 13:05:41 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 50 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 10/26/2017 14:53:07 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 51 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | Vixen | 10/26/2017 14:15:08 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 52 | 4C753304EC5089B76152213F0A0627BDF2D225FB | Vixen | 10/16/2018 23:14:57 | 10/16/2018 | 10/28/2018 | PA0002130458 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 04/29/2018 17:13:07 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 54 | 510675EA6DEF96FF22982D11AEA7AEDFC7E7C3D7 | Tushy | 06/07/2018 13:14:11 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 55 | 5955C785662CE4EC3BC025F530BA0552003C19A3 | Tushy | 10/03/2017 19:13:49 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 56 | 5AE6AC075C459B5177C69F897DC1016D8EE33F4C | Blacked Raw | 08/21/2018 20:05:15 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 57 | 5AF51DFB192EDC29EE56B4E7EC58252FE1545812 | Tushy | 05/28/2018 14:12:18 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 58 | 5B1F17D1471204648826D120F6E497D42524C839 | Vixen | 05/22/2018 21:16:25 | 05/04/2018 | 06/19/2018 | PA0002126680 |
| 59 | 5B402018F2F4733A2B4DB2A3BC4E03BB3003F0CA | Vixen | 06/28/2018 20:43:26 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 60 | 5D9F928A0B3ABCCDCED5FA4D82D5F65F3F3E5FFB | Vixen | 10/26/2017 14:41:31 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 61 | 6162F467438A57A3AEAC8E3E428FB87825E42F02 | Tushy | 10/25/2018 13:47:40 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 62 | 61E47222799DBCF3ABDC038DD772C06128BC4E31 | Blacked | 10/08/2018 16:46:45 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 63 | 6368304AC758D02EE749428AC3ED172D336AD275 | Blacked | 12/04/2018 21:33:35 | 12/01/2018 | 12/31/2018 | 17271449423 |
| 64 | 647CBB9B5DE6126FAEED636760D14FBEDD591607 | Blacked Raw | 05/03/2018 13:18:35 | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 65 | 653D88C557F4EDD4C2054B5C79C84A6652F4AA44 | Vixen | 10/26/2017 14:54:35 | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 66 | 658A17D2507536D2452F647BC98FC6A5A99DE3A4 | Tushy | 06/30/2018 21:55:39 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 67 | 660F800342D4239CB2D7FBF668B151F1919790FF | Blacked | 07/20/2018 13:04:30 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 68 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 10/26/2017 14:44:18 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 69 | 673A29DD856118A485EA6E5D6A9ACEE12CE8929A | Vixen | 10/26/2017 14:53:32 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 70 | 68E57FD36AE4595380C8A97676EBB24733C995E0 | Blacked | 12/13/2018 20:02:02 | 12/11/2018 | 01/22/2019 | PA0002147907 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 10/26/2017 14:50:37 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 72 | 6D41CA5F9C880408BA77C88F0DE9A2201AB52E60 | Blacked Raw | 12/11/2018 18:13:42 | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 73 | 6D569BF3342AE682C0689765BFF4D2B7AE182895 | Blacked | 01/06/2018 14:06:01 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 74 | 716BD92E139BE2039209B3F8C494B7A8356E4774 | Blacked Raw | 11/21/2018 19:37:08 | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 75 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 09/04/2017 14:53:47 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 76 | 74AFA0FF692549D51C9D21ECD099494AD7A11C4E | Tushy | 11/04/2017 20:03:21 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 77 | 76E1521EDE1482222906D3885B22113AABBE4DC0 | Blacked Raw | 05/15/2018 14:22:44 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 78 | 776929D9C2C8FE37858A964BF843690BCA644FB0 | Blacked | 11/19/2018 15:00:24 | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 79 | 77EF8FC1F90E98775AB927450F9460153D6E0743 | Tushy | 11/30/2017 14:10:08 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 80 | 795F8FC40CC86742641DA2DE2E54877184532BB7 | Blacked | 01/20/2018 23:33:03 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 81 | 7D276E9E1CEA48D7D41A96C29DEBB48039BE9996 | Blacked Raw | 12/13/2017 23:56:35 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 82 | 7D60A817AEA773BA1EA6BCDAA8EADAB470D7FDC9 | Tushy | 12/04/2018 21:48:04 | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 83 | 7E886040275848976B5FBF61D1FABCF9E66472CD | Tushy | 04/28/2018 19:52:34 | 04/26/2018 | 06/19/2018 | PA0002126639 |
| 84 | 802775D84253946F503F71615C009DA2153719AA | Blacked | 08/24/2018 13:04:34 | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 85 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 10/26/2017 14:46:14 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 86 | 8410A45F56DF010649E4F3EE50DE08775987255B | Vixen | 10/26/2017 14:52:02 | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 87 | 846919D9495A4BBAAC6B68024764DCDC8E78D3FD | Blacked | 05/28/2018 14:07:56 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 88 | 866ED08FAA30A005479E7691EE82140D1B4C8592 | Vixen | 12/06/2018 16:14:30 | 12/05/2018 | 12/18/2018 | PA0002141920 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | Blacked | 06/10/2017 21:43:49 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 90 | 88EF261D93442817EDEEB483C153509F598068D4 | Vixen | 05/22/2018 21:09:48 | 03/30/2018 | 04/17/2018 | PA0002116756 |
| 91 | 8932B3658AB16F76738537941C2020FF3A2A0F43 | Blacked Raw | 09/25/2018 13:36:52 | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 92 | 8CA259425BD02187FC43DEFE7F68A2E4CB10EBFE | Tushy | 06/28/2018 13:21:07 | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 93 | 8F3EA9828581B037A460D22DED2DBE068DD94BF0 | Blacked Raw | 06/08/2018 21:10:23 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 94 | 91D61EF629EC40ED7FCD6A2C6A2A7C407DB3E550 | Tushy | 07/21/2018 20:15:21 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 95 | 9214C78C823D8883D9362DAA8DB3D2A3A75CDD65 | Vixen | 05/22/2018 21:16:07 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 96 | 9346C2F8A6E29C4B60C84E6579384A985F3474C0 | Vixen | 01/04/2018 15:12:17 | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 97 | 93DF8E65C7293454A61718F8F4805C2BEBFECE1C | Vixen | 05/22/2018 21:11:30 | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 98 | 942D277E10B9B76CC2BBD34A196CDE043EFB88F1 | Blacked Raw | 02/17/2018 21:54:34 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 99 | 964F7FB9818D5B3D9698102C987D48FCC993FDF3 | Vixen | 11/04/2017 20:03:56 | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 100 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | Vixen | 05/22/2018 21:15:58 | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 101 | 9E401644BA0258AC31E051EC676B95097D380D72 | Vixen | 06/11/2018 23:01:50 | 06/08/2018 | 07/14/2018 | PA0002128445 |
| 102 | 9F8CFC413DBD418163B5C506BAC7A9580DD8B47C | Vixen | 10/26/2017 14:50:18 | 04/29/2017 | 06/15/2017 | PA0002037568 |
| 103 | A0330F47467C04BDAE206B67034054E002C2D3DE | Blacked Raw | 08/25/2018 19:29:58 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 104 | A1D049D475923190FF3A7134A0D2B9F10D62914B | Vixen | 10/12/2018 23:42:26 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 105 | A1DCE8522CD19C6338A6B7B7634672CADE4A1E61 | Vixen | 11/19/2018 15:21:21 | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 106 | A2C87322636F63116A37FF787A2288CF1B784CC7 | Vixen | 10/26/2017 14:38:49 | 09/11/2017 | 09/15/2017 | PA0002052839 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 107 | A62630310E9B12C6ECA5DE42C0B4737F82C500C3 | Blacked | 07/24/2018 19:22:30 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 108 | A6B62DAABD1F9184E863880B0BAD31581CD55E78 | Blacked Raw | 08/11/2018 21:13:56 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 109 | A6D882E02086B1AB9F9558AAB7B65895EBC319DA | Blacked | 08/07/2018 19:42:03 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 110 | A9129BC499F70432E9D18ECB3DE47BD2E6767FD3 | Blacked | 10/31/2017 18:51:59 | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 111 | A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99 | Vixen | 10/12/2018 23:53:45 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 112 | A9FF16CDC03C1B6ED730F17446185E2DDDDC0812 | Blacked Raw | 09/10/2018 17:02:32 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 113 | ADA225A2E7909E43E664DEADF9D76320BAFA9503 | Vixen | 10/26/2017 14:41:31 | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 114 | AF7E863345F8B744D2E2741C8A3E376C30BDED5E | Blacked | 06/21/2018 13:50:49 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 115 | AFE69E2BA4D77A89A9E82444A7A4709799A09FEC | Vixen | 01/25/2018 22:32:10 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 116 | B23394C624011A1B56FE489E08DF69C70456C244 | Blacked | 08/30/2018 13:21:31 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 117 | B316A7B2BA822FD11A7D2D2733FE8293C9BE17DC | Tushy | 06/10/2017 22:24:20 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 118 | B7219E344A0E7AA2837A800E301C305D85A5DFA7 | Blacked | 12/28/2017 14:50:02 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 119 | B809ABE307B30DDFAC6630725306D503A456106F | Vixen | 06/04/2018 16:28:16 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 120 | B8B5E999A94962328D350DA0E80A1725B23D450D | Blacked Raw | 12/26/2017 14:58:51 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 121 | B94B97749DBE7B9883FD15D44503A0EC8711AE6A | Vixen | 10/26/2017 14:52:50 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 122 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 06/12/2017 17:40:01 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 123 | BA7D912E9221CC868E5BCB82637D87A57EFBFF7D | Tushy | 10/13/2018 22:10:31 | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 124 | BE6A645988861130180F237346543D73557CBD78 | Blacked | 07/05/2018 13:13:55 | 07/04/2018 | 08/07/2018 | PA0002131913 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 125 | BE8008843ED020768FA42F16F33458E623A3DF2C | Blacked | 11/02/2017 14:16:29 | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 126 | BEBEDA526B0A5B1483877EAFFFD96B8D2A20C617 | Vixen | 08/03/2018 14:23:29 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 127 | C0E42D6F2116A50652E4E866102882E3A01D3043 | Blacked | 11/08/2018 16:59:41 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 128 | C2D663FC6711796FD69889CB39895E810ADC6938 | Blacked Raw | 05/15/2018 14:21:13 | 05/07/2018 | 06/19/2018 | PA0002126670 |
| 129 | C2E04255710FAF8378E0EBEDA314D8264450AC68 | Vixen | 10/26/2017 14:58:26 | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 130 | C5801933E35BCD594B73AAAC656A63F1A5CA8E8B | Blacked | 01/11/2018 14:20:14 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 131 | C59734C1DC4D87F563ABE2D6E371C12FD12FC7D9 | Blacked | 10/23/2017 19:31:51 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 132 | C8802B98392F44821E9B0EC53C7CC219C69FBBDE | Blacked Raw | 10/25/2018 13:41:54 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 133 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 10/26/2017 14:41:31 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 134 | CAC82CC7CB850309B37DC063DF809D5569F8FD81 | Blacked Raw | 06/15/2018 15:20:36 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 135 | CB52F9845A15DCB4D40F0CDD424990FB14DEC188 | Blacked | 07/15/2017 19:41:37 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 136 | CE315F3980DAC046CA03DFCA2610FF663CEC37E7 | Tushy | 06/11/2018 23:04:40 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 137 | CFD8561C6C264CCE97E1895E41C6F280B65A0A7E | Blacked | 06/15/2017 13:07:13 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 138 | D0CDFEF96091FAD5F03B65D43130461D34C96006 | Blacked | 03/03/2018 02:44:02 | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 139 | D2549377C09A6462072771572DED6B1AB16CBD88 | Tushy | 12/13/2018 20:05:21 | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 140 | D38FC00502EE52D9226C4E967F726F69DE20E2D2 | Blacked Raw | 06/01/2018 20:42:31 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 141 | D43DA92C9E2BBF98A101601F87E91B30FE662994 | Tushy | 03/17/2018 20:59:56 | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 142 | D43EAF2FF1FA2A5C2ACF3F31882CF49FD44BBF88 | Vixen | 09/07/2018 13:28:21 | 09/06/2018 | 11/01/2018 | PA0002143433 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 143 | D55C93F64A2350E37B3B9B67E48B010ABC31B924 | Blacked Raw | 11/19/2018 15:10:00 | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 144 | D7482F1F86CAB09DED16E88AA621D275FECFDBEC | Vixen | 12/11/2018 18:22:15 | 12/10/2018 | 12/31/2018 | 17271449813 |
| 145 | D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C | Vixen | 05/22/2018 21:09:31 | 04/04/2018 | 04/17/2018 | PA0002116740 |
| 146 | E13DF1C4B0B6D03FB52E1B5B4A384F331B4EA5C1 | Blacked | 06/12/2017 17:43:45 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 147 | E2B2555315C226DF709218EA25A62A589E1ACF32 | Vixen | 06/15/2018 15:42:08 | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 148 | E5041C007084D5FEDE91975C09ADC0F11F34EBCA | Blacked Raw | 11/09/2018 15:19:57 | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 149 | E7037BA476F407A6B0A7AB5C58A69341F30EF6B6 | Vixen | 08/24/2017 12:46:40 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 150 | E7935A587AC7DECC78D1C0A9EA60FCA87ADECD97 | Vixen | 11/12/2018 16:55:29 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 151 | E8D7D52D43C3BA399DE79B24BB04D25C90126354 | Blacked Raw | 08/07/2018 19:44:46 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 152 | E9FBFDCF7F3EDBEF21ABC8520BCF48CAB62C397C | Blacked Raw | 02/03/2018 19:56:30 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 153 | EC3924945850987D7D12FB148DC4FE82F95A01A7 | Blacked Raw | 10/10/2018 13:27:14 | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 154 | F083D989A3F9F295C74AB8A7B92122E8DAB62C95 | Blacked Raw | 05/17/2018 19:49:13 | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 155 | F2F941EC25688A92844C63832B4D7F3507776747 | Blacked Raw | 12/13/2018 20:01:47 | 12/13/2018 | 02/01/2019 | 17380124198 |
| 156 | F604198ED5FFEC1C2C6924AEF48CCD5FA13140DB | Blacked Raw | 11/06/2017 18:43:21 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 157 | F6B19DB0FBFCC85C31AAA5D209716B87B53A41AD | Blacked | 12/18/2018 16:04:17 | 12/16/2018 | 02/01/2019 | 17380187247 |
| 158 | FA2A777850A72DA7937E2D41994B163E743555E0 | Blacked Raw | 03/29/2018 20:32:18 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 159 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | Vixen | 12/04/2018 21:35:51 | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 160 | FDD81CFF1817BC22D3A21ED514ED0E622B2D7456 | Vixen | 11/07/2018 20:48:26 | 11/05/2018 | 11/25/2018 | PA0002136632 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 161 | FF92E1D8F2B4F2CC8ACD8C21D74F62A04F00A17B | Vixen | 07/31/2018 13:33:20 | 05/24/2018 | 07/14/2018 | PA0002128388 |